UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JIMMY L. BANKS, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOMES LOANS, INC., a New York corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION a District of Columbia corporation; MERSCORP, INC., a Virginia corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., etc., *et al.*,<br><br>  Defendant, | 2:11-cv-405-PMP-RJJ<br><br><br>O R D E R |

This matter is before the Court on Plaintiff's Emergency Motion For Stay of Proceedings and Litigation Pending Investigation and Determination on Filings with State and Federal Government Regulatory Agency and Law Enforcement Officials Concerning Defendant Parties As Named Herein Alleged Criminal Conduct (#7).

The court having reviewed the Motion to Stay (#7), the Opposition (#10) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Emergency Motion For Stay of Proceedings and Litigation Pending Investigation and Determination on Filings with State and Federal Government Regulatory Agency and Law Enforcement Officials Concerning Defendant Parties As Named Herein Alleged Criminal Conduct (#7) is Plaintiff's Emergency Motion For Stay of

Proceedings and Litigation Pending Investigation and Determination on Filings with State and Federal Government Regulatory Agency and Law Enforcement Officials Concerning Defendant Parties As Named Herein Alleged Criminal Conduct (#7) is **DENIED**.

DATED this   4th   day of April, 2011.

                                                                          _____
                                                                          ROBERT J. JOHNSTON
                                                                          United States Magistrate Judge