UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JIMMY L. BANKS,<br><br>          Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., et al.,<br><br>          Defendants. | 2:11-CV-00405-PMP-RJJ<br><br>**ORDER** |

The Court having read and considered Plaintiff's Motion to Stay (Doc. #22) filed April 11, 2011, and Defendant's Response in Opposition thereto (Doc. #27) and good cause appearing,

**IT IS ORDERED that** Plaintiff Jimmy Banks' Motion to Stay (Doc. #22) is **DENIED**.

**IT IS FURTHER ORDERED that** Defendants' Motion to Dismiss (Doc. #4), Plaintiff's Motion to Remand (Doc. #6) and Plaintiff's Motion for Leave to Amend (Doc. #19) are hereby set for hearing on **June 21, 2011**, at **1:30 PM.**

DATED: April 25, 2011.

_____
PHILIP M. PRO
United States District Judge