UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| JIMMY L. BANKS, | ) | 2:11-CV-00405-PMP-RJJ |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| COUNTRYWIDE HOME LOANS, INC., *et al.*, | ) | |
| Defendants. | ) | |

On July 20, 2011, the Court conducted a hearing (Doc. #39) at which it permitted Plaintiff to and including August 20, 2011 within which to file an amended complaint.

On August 23, 2011, Plaintiff filed an Amended Complaint (Doc. #42) in accord with this Court's prior Order. There are currently no motions pending in this case, and a review of the Court's docket indicates that no further action has been taken with respect to Plaintiff's Amended Complaint.

**IT IS THEREFORE ORDERED** that the Parties shall have to and including **January 10, 2012** within which to file a joint written status report advising the Court of the status of this action.

DATED: December 21, 2011.

_____
PHILIP M. PRO
United States District Judge