UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JIMMY L. BANKS, | 2:11-CV-00405-PMP-RJJ |
| Plaintiff, | |
| v. | ORDER |
| COUNTRYWIDE HOME LOANS, INC., *et al.,* | |
| Defendants. | |

Before the Court for consideration is Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Doc. #51) filed December 27, 2011.

Plaintiff's Amended Complaint (Doc. #42) was filed August 23, 2011 following this Court's Order (Doc. #39) Dismissing Plaintiff's Original Complaint Without Prejudice. Defendants correctly contend, however, that Plaintiff's Amended Complaint alleges no new facts, but instead attempts to recast some of Plaintiff's original claims in a form which do not sufficiently allege a plausible entitlement to relief as required under *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007) and *Ashcroft v. Iqubal*, 129 S. Ct. 1937 (2009).  The Court agrees.

The Court further finds that to the extent Plaintiff's Amended Complaint is brought pursuant the Fair Housing Act ("FHA"), 42 U.S.C. § 3605, Plaintiff's Complaint lacks sufficient factual allegations to support such a claim and to the extent it could be

interpreted as doing so, the claim is barred by the applicable 2-year statute of limitations. Similarly, the Court finds Plaintiff's Unfair Lending Practices claim under N.R.S. 598D.100 is barred by the applicable 2-year statute of limitations. Ultimatley, and for the reasons set forth in Defendants' Motion to Dismiss (Doc. #51) and Reply Memorandum (Doc. #57), the Court finds that each of Plaintiff's Claims for Relief contained in the First Amended Complaint fails as a matter of law to set forth claims upon which relief can be granted.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Doc. #51) is **GRANTED** and that Plaintiff's First Amended Complaint (Doc. #42) is hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall forthwith enter judgment in favor of Defendants and against Plaintiff.

DATED: February 21, 2012.

_____
PHILIP M. PRO
United States District Judge